**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MICROSOFT CORPORATION, | Case No. 2:22-cv-01009-MCS-MRW |
|---|---|
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| MEDIAPOINTE, INC. AND AMHC, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1. Pursuant to the Court's January 4, 2024 Order Granting Microsoft's Motion for Summary Judgment of Noninfringement [ECF No. 202], July 7, 2023 Order Regarding Claim Construction [ECF No. 106], and the parties' Stipulation Regarding Proposed Final Judgment, the Court orders, adjudges, and decrees:

1. Final judgment is hereby entered in favor of Plaintiff Microsoft Corporation with respect to its First Amended Complaint (Dkt. 39) for Declaratory Judgment that:

   (a) Microsoft does not infringe claims 1, 3–4, and 6–8 of the '195 Patent (Second Claim for Relief);

   (b) Claims 2 and 13 of the '195 Patent are Invalid (Fourth Claim for Relief); and

   (c) Claims 1, 2, 6, 11, and 15–17 of the '426 Patent are Invalid (Third Claim for Relief).

2. Final judgment is hereby entered in favor of Plaintiff Microsoft Corporation with respect to Defendants MediaPointe and AMHC, Inc.'s First Amended Counterclaim (Dkt. 58) for Direct Infringement of the '195 Patent (Second Claim for Relief).

3. Microsoft Corporation's First Amended Complaint (Dkt. 39) for Declaratory Judgment That Microsoft Does Not Infringe The '426 Patent (First Claim for Relief), Microsoft Corporation's First Amended Complaint (Dkt. 39) for Declaratory Judgment That The '195 Patent is Invalid (Fourth Claim for Relief) as to all claims of the '195 Patent except claims 2 and 13, and Defendants' First Amended Counterclaim (Dkt. 58) for Infringement of the '426 Patent (First Counterclaim for Relief) are dismissed without prejudice.

4. Defendants shall take nothing from its claims against Microsoft Corporation.

1  |  5. The Court will address any motion by Microsoft for costs and/or attorneys' fees in a separate order. Fed. R. Civ. P. 54(d). ~~Microsoft is granted a two-week extension of time to file its bill of costs and motion for attorneys' fees.~~

**IT IS SO ORDERED.**

Dated: February 9, 2024

*Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE